ANGELA ALIOTO, (SBN 130328)
angela@aliotolawoffice.com
Law Offices of Mayor Joseph L. Alioto
And Angela Alioto
700 Montgomery Street
San Francisco, CA 94111
Telephone:  415- 434-8700
Facsimile:   415-438-4638

JOHN SCARPINO, (SBN 151377)
jhscarpino@comcast.net
Law Office of John Scarpino
700 Montgomery Street
San Francisco, CA 94111
Telephone:  415-516-6147
Facsimile:  415-438-4638

Attorneys for Plaintiff
ANTONIO SAIDIANI

CHARLES L. THOMPSON, IV, State Bar No. 139927
charles.thompson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile:  415-442-4870
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.,
OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA,
d.b.a. CONCENTRA MEDICAL CENTERS; and HUMANA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SAIDIANI, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CONCENTRA HEALTH SERVICES, INC., a Nevada corporation; OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA, A MEDICAL CORPORATION, a California corporation d.b.a. CONCENTRA MEDICAL CENTERS; HUMANA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 3:14-cv-00032 EMC<br><br>**JOINT STIPULATION FOR DISMISSAL AND PROPOSED ORDER**<br><br>Trial Date:       March 7, 2016 |

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Antonio
2  Saidiani and Defendants Concentra Health Care Services, Inc., Occupational Health Centers of
3  California, d.b.a. Concentra Medical Centers, and Humana, Inc., through their respective
4  attorneys of record, that having successfully mediated this matter and completed the settlement
5  process, that claims asserted in this matter be dismissed with prejudice and that all parties bear
6  their own attorneys fees and costs.
7   The parties jointly request an order of dismissal of this matter in its entirety with
8  prejudice, all parties to bear their own costs and attorneys fees.

12  DATE:     January 8, 2016          By:    /s/
                                              John Scarpino
13                                            Attorney for Plaintiff
                                              Antonio Saidiani

17  DATE:     January 8, 2016          By:    /s/
                                              Charles L. Thompson IV
18                                            Attorney for Defendants
                                              Concentra Health Services, Inc.;
19                                            Occupational Health Centers of
                                              California;  and Humana, Inc.

23  **ATTESTATION OF CONCURRENCE IN FILING**

24   In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this
25  document has been obtained from Defendants' counsel, Mr. Charles L. Thompson, IV.

27  DATED: January 13, 2016            By:    /s/
                                              John Scarpino
28                                            Attorney for Plaintiff
                                              Antonio Saidiani

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED, the case is dismissed in its

3  entirety with prejudice.  All parties will bear their own costs and attorneys fees.

4

5

6            1/15/16

7  DATED:_____                    By: _____
                                                    EDWARD M. CHEN
8                                                   United States District Judge

